# United States District Court

## for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Milton Cooks                               Case Number: 3:08cr47-SRW

Name of Sentencing Judicial Officer: The Honorable G. Mallon Faircloth, U.S. Magistrate Judge

Name of Reassigned Judicial Official: The Honorable Susan Russ Walker, Chief U.S. Magistrate Judge

Date of Original Sentence: May 18, 2007

Original Offense: Theft and Trespassing

Original Sentence: 2 year probation term; jurisdiction transferred from the Middle District of Georgia to the Middle District of Alabama effective February 4, 2008

Type of Supervision: Probation                               Date Supervision Commenced: May 18, 2007

Assistant U.S. Attorney: CPT. Stuart Alcorn                  Defense Attorney: Waived

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Viol. 1- Mandatory No. 1: "The defendant shall not commit another federal, state, or local crime."** | On or about May 28, 2008, Cooks was arrested by the Auburn Police Department for Theft of Property, Third Degree, in reference to shoplifting at Dillard's in Auburn, Alabama. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be revoked.
[ ]   extended for _ years, for a total term of _ years.
[ ]   Modify the conditions of supervised release as follows

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____June 5, 2008_____

/s/ Donnelle Thompson
Donnelle Thompson
U. S. Probation Officer

Reviewed and approved:  /s/ David Ron Thweatt
David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____
Date