# United States District Court

for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Milton Cooks                                                                 Case Number: 3:08cr47-SRW

Name of Sentencing Judicial Officer: The Honorable G. Mallon Faircloth, U.S. Magistrate Judge

Name of Reassigned Judicial Official: The Honorable Susan Russ Walker, Chief U.S. Magistrate Judge

Date of Original Sentence: May 18, 2007

Original Offense: Theft and Trespassing

Original Sentence: 2 year probation term; jurisdiction transferred from the Middle District of Georgia to the Middle District of Alabama effective February 4, 2008

Type of Supervision: Probation                                                       Date Supervision Commenced: May 18, 2007

Assistant U.S. Attorney: CPT. Stuart Alcorn                                   Defense Attorney: Waived

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Viol. 1- Mandatory No. 1:** "**The defendant shall not commit another federal, state, or local crime.**" | On or about May 28, 2008, Cooks was arrested by the Auburn Police Department for Theft of Property, Third Degree, in reference to shoplifting at Dillard's in Auburn, Alabama. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be revoked.
[ ]   extended for _ years, for a total term of _ years.
[ ]   Modify the conditions of supervised release as follows

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      June 5, 2008

/s/ Donnelle Thompson
Donnelle Thompson
U. S. Probation Officer

Reviewed and approved:    /s/ David Ron Thweatt
                                    David Ron Thweatt
                                    Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

                                                                                    /s/ Susan Russ Walker
                                                                                     Signature of Judicial Officer

                                                                                        6/9/08
                                                                                             Date