
Case 3:08-cr-00047-SRW   Document 13   Filed 08/11/2008   Page 1 of 1
Case 3:08-cr-00047-SRW   Document 11   Filed 06/27/2008   Page 2 of 4

5D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT: Milton Cooks
CASE NUMBER: 3:08cr00047-SRW-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
9 Months. It is ordered that the term of probation imposed on May 18, 2007, is REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

X  The defendant shall surrender to the United States Marshal for this district:

   x  at ____12:00 noon____ ☐ a.m. ☐ p.m. on ____July 3, 2008____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __July 25, 2008__ to __FPC Maxwell, Montgomery, AL__
a _____ with a certified copy of this judgment.

RETURNED AND FILED
AUG 11 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_Jesse Seroyer, Jr._
UNITED STATES MARSHAL

By _Laura Isley_
DEPUTY UNITED STATES MARSHAL